UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STACEY RILEY SR. | CIVIL ACTION |
| VERSUS | NO. 15-0683 |
| MARLIN N. GUSMAN, ET AL | SECTION "F" (4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Riley's § 1983 claims against the defendants, Sheriff Marlin Gusman, Major Carlos J. Louque, and Major Bonita Pittman are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this  9th  day of _____June_____, 2016.

_____
UNITED STATES DISTRICT JUDGE